TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00190-CR

Carol Hurley, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT

NO. 0952202, HONORABLE TOM BLACKWELL, JUDGE PRESIDING

PER CURIAM

 This is an appeal from a conviction for six counts of securing execution of a
document by deception and one count of tampering with a government record. Appellant has
filed a motion to withdraw the appeal. No decision of this Court has been delivered. The motion
is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Aboussie and Kidd

Appeal Dismissed on Appellant's Motion

Filed: August 14, 1996

Do Not Publish